IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 24, 2007

Charles R. Fulbruge III
Clerk

No. 07-50065
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ROBERT L JONES

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:94-CR-260-1

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Robert L. Jones appeals the sentence imposed following revocation of his term of supervised release. Jones argues that his 36-month imprisonment sentence is unreasonable because it is above the advisory guidelines range and the sentencing factors cited by the district court can be satisfied with a shorter sentence.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court properly considered the 18 U.S.C. § 3553(a) factors when imposing Jones' sentence. See United States v. Gonzalez, 250 F.3d 923, 930 (5th Cir. 2001). The sentence is neither unreasonable nor plainly unreasonable. See United States v. Hinson, 429 F.3d 114, 120 (5th Cir. 2005).

AFFIRMED.